[No. 7116–9–II.   Division Two.   February 6, 1984.]

*In the Matter of the Welfare of*
DENISE McGEE.

Appeal from a judgment of the Superior Court for Pierce County, No. 59388, John B. Krilich, J. Pro Tem., entered May 17, 1983. *Affirmed* by opinion, unpublished in part,

per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.